**Registration Number**

**VA 2-424-921**

**Effective Date of Registration:**
October 19, 2024
**Registration Decision Date:**
December 09, 2024

# Title

**Title of Work:** Color books over me

# Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 01, 2020
**Nation of 1st Publication:** United States

# Author

- **Author:** KEI & CHRIS LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

# Copyright Claimant

**Copyright Claimant:** KEI & CHRIS LLC
4750 N JUPITER RD SUITE 102, GARLAND, TX, 75044, United States

# Rights and Permissions

**Organization Name:** KEI & CHRIS LLC
**Address:** 4750 N JUPITER RD SUITE 102,
GARLAND, TX 75044 United States

# Certification

**Name:** Qin Tao
**Date:** October 19, 2024

Page 1 of 2

**EXHBIT "A"**

**Registration Number**
**VA 2-432-038**
**Effective Date of Registration:**
October 19, 2024
**Registration Decision Date:**
February 10, 2025

## Title

**Title of Work:** Color books over you

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** KEI & CHRIS LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** KEI & CHRIS LLC
4750 N JUPITER RD SUITE 102, GARLAND, TX, 75044, United States

## Rights and Permissions

**Organization Name:** KEI & CHRIS LLC
**Address:** 4750 N JUPITER RD SUITE 102,
GARLAND, TX 75044 United States

## Certification

**Name:** Qin Tao
**Date:** October 19, 2024